DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ELIGIO DIAZ-BARRIGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr. S. 10-027 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date: JANUARY 7, 2011 |
| ELIGIO DIAZ-BARRIGA | ) | Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Garland E. Burrell, Jr. |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for ELIGIO DIAZ-BARRIGA, that the Court should vacate the status conference scheduled for December 10, 2010, at 9:00 a.m., and reset it for January 7, 2011, at 9:00 a.m.

Counsel for the defendant requires further time to review discovery, discuss the contents of the discovery with her client, and has not yet received a probation report.

The parties further stipulate that the Court should exclude the period from the date of this order through January 7, 2011, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED] ORDER          1                              Diaz-Barriga

1 prosecution must commence for purposes of the Speedy Trial Act. The
2 parties stipulate that the ends of justice served by granting the
3 defendant's request for a continuance outweigh the best interest of the
4 public and the defendant in a speedy trial, and that this is an
5 appropriate exclusion of time for defense preparation within the
6 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

7 Dated: December 7, 2010                Respectfully submitted,

8                                        DANIEL BRODERICK
                                         Federal Defender
9
                                         /s/ C. Fein
10                                       _____
                                         COURTNEY FEIN
11                                       Assistant Federal Defender

12 Dated: December 7, 2010                BENJAMIN B. WAGNER
                                         United States Attorney
13
                                         /s/ C.Fein for
14                                       _____
                                         MICHELE BECKWITH
15                                       Assistant U.S. Attorney

28 STIPULATION AND [PROPOSED] ORDER          2                    Diaz-Barriga

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to January 7, 2011 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: December 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge