```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  COURTNEY FEIN, #244785
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    ELIGIO DIAZ-BARRIGA
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr. S. 10-027 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| ELIGIO DIAZ-BARRIGA | ) | Date: JANUARY 28, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for ELIGIO DIAZ-BARRIGA, that the Court should vacate the status conference scheduled for January 7, 2011, at 9:00 a.m., and reset it for January 28, 2011, at 9:00 a.m.

Counsel for the defendant has not yet received a probation report. Further time to review the report and the plea agreement will be required once the report is received.

The parties further stipulate that the Court should exclude the period from the date of this order through January 28, 2011, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED] ORDER          1                              Diaz-Barriga

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: January 3, 2011    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ C. Fein
_____
COURTNEY FEIN
Assistant Federal Defender

Dated: January 3, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ C.Fein for
_____
MICHELE BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to January 28, 2011 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: January 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER           3                           Diaz-Barriga